| **Information to identify the case:** | |
|---|---|
| Debtor 1  **Christine Maresma** <br> First Name   Middle Name   Last Name | Social Security number or ITIN   **xxx–xx–4586** <br> EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) <br> First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ <br> EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court  **Eastern District of New York** | |
| Case number:  **1–18–44524–nhl** | |

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

**IT IS ORDERED THAT:**

- Richard J. McCord (Trustee) is discharged as trustee of the estate of the above–named debtor(s).
- The Chapter 7 case of the above–named debtor(s) is closed.

s/ Nancy Hershey Lord <br>
United States Bankruptcy Judge

Dated: December 6, 2018

**BLfnld7** [Final Decree 7 rev 12/01/15]